## (December 14, 1954.)

■

JOSEPH L. AUER, as a Director of R. HOE & Co., INC., et al., Respondents, v. NEIL P. CULLOM et al., Appellants, et al., Defendants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.; Callahan, J., taking no part.

■

HUMBLE OIL & REFINING COMPANY, Respondent, v. CHESTER H. CANNING, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

■

EUGEN BRAND, Appellant, v. 200 EAST 86TH STREET REALTY CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

■

ERWIN CONSTRUCTION CORPORATION, Appellant, v. SEYMOUR HACKER, Respondent.— Determination affirmed, with costs to the respondent. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.; Cohn and Callahan, JJ., dissent and vote to reverse and reinstate the final order of the Municipal Court in favor of the landlord upon the ground that under all the circumstances demolition was involved within the meaning of the statute.

■

In the Matter of ELITE RESTAURANT, INC., Petitioner, against NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements to the respondent. No opinion. The petition is dismissed. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

■

In the Matter of the Estate of NEWTON D. STERN, Deceased. GLADYS M. SCHIFF, as Administratrix of the Estate of NEWTON D. STERN, Deceased, Respondent; EVELYN SCHIFF, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

■

In the Matter of the Estate of ARLINGTON C. HALL, Deceased. LAURA E. HALL, Appellant; HARVEY M. HALL et al., Respondents.—Decree unanimously affirmed, with costs payable out of the estate. No opinion. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

■

In the Matter of ORIENTAL HOUSE, INC., Petitioner, against NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements to the respondent, and the petition dismissed. No opinion. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.